MATTHEW J. PIERS (*pro hac vice*)
CHIRAG G. BADLANI (*pro hac vice*)
KATE E. SCHWARTZ (*pro hac vice*)
Hughes Socol Piers Resnick & Dym, LTD
70 W. Madison Street, Suite 4000
Chicago, IL 60602
mpiers@hsplegal.com; cbadlani@hsplegal.com;
kschwartz@hsplegal.com
Telephone: (312) 604-2776
Facsimile: (312) 604-2777

CHESA BOUDIN (SB#: 284577)
ARMANDO MIRANDA (SB#: 182982)
San Francisco Public Defender's Office
555 7th Street
San Francisco, CA 94103
chesa.boudin@sfgov.org;
armando.miranda@sfgov.org
Telephone: (415) 553-1671
Facsimile: (415) 553-9810

DAVID M. JOLLEY (SB#: 191164)
KATIE BIES (SB#: 316749)
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
djolley@cov.com; kbies@cov.com
Telephone: (415) 591-6000
Facsimile: (415) 955-6579

MATTHEW V. MILLER (SB#: 306725)
Covington & Burling LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
mmiller@cov.com
Telephone: (650) 632-4700
Facsimile: (650) 632-4833

*Attorneys for Plaintiffs David Dupree and Philip Donatelli, et al.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DAVID DUPREE and PHILIP DONATELLI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICKI HENNESSY, in her official capacity as the San Francisco Sheriff,<br><br>Defendant. | Case No.: 4:18-cv-00310-YGR (Class Action)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)**<br><br>Trial Date:<br>Action Filed:   Jan. 14, 2018 |



GRANTED
Judge Yvonne Gonzalez Rogers
3/6/2018

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 23(e), Plaintiffs David Dupree and Philip Donatelli ("Plaintiffs") voluntarily dismiss their claims in the above-captioned litigation. Defendant Vicki Hennessy has not yet served either an answer to Plaintiffs' Class Action Complaint or a motion for summary judgment. Dismissal of the Plaintiffs' and putative class members' claims is without prejudice, pursuant to Rule 41(a)(1)(B).

Dated: March 5, 2018            By: /s/ *David M. Jolley*
                                                                              DAVID M. JOLLEY

MATTHEW J. PIERS
CHIRAG G. BADLANI
KATE E. SCHWARTZ
Hughes Socol Piers Resnick & Dym, LTD
70 W. Madison Street, Suite 4000
Chicago, IL 60602
mpiers@hsplegal.com; cbadlani@hsplegal.com;
kschwartz@hsplegal.com
Telephone: (312) 604-2776
Facsimile: (312) 604-2777

CHESA BOUDIN
ARMANDO MIRANDA
San Francisco Public Defender's Office
555 7th Street
San Francisco, CA 94103
chesa.boudin@sfgov.org;
armando.miranda@sfgov.org
Telephone: (415) 553-1671
Facsimile: (415) 553-9810

DAVID M. JOLLEY
KATIE BIES
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
djolley@cov.com; kbies@cov.com
Telephone: (415) 591-7079
Facsimile: (415) 955-6579

MATTHEW V. MILLER
Covington & Burling LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
mmiller@cov.com
Telephone: (650) 632-4733
Facsimile: (650) 632-4833

*Attorneys for Plaintiffs David Dupree and Philip Donatelli, et al.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 5, 2018, true and correct copies of this **NOTICE OF VOLUNTARY DISMISSAL** have been served via the Court's CM/ECF system upon counsel of record for all parties in this action per Local Rule 5-1(h).

                                                       /s/ *David M. Jolley*